DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
27 AUGUST 2013

| 078A12-2 | State v. Jonathan Lynn Burrow | 1. Def's NOA Based Upon a Constitutional Question (COA11-773-2) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 084P13-2 | David Harold Jonson v. N.C. Office of Administrative Hearings and Donald W. Overby | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 088P12-2 | State v. Hubert Keith Beeson | Def's *Pro Se* PWC to Review Order of Superior Court of Davidson County | Dismissed |
| 090P13 | State v. Edy Charles Banks, Jr. | 1. State's Motion for Temporary Stay (COA12-531) | 1. Allowed **02/22/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. See Special Order **08/27/13** |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. See Special Order **08/27/13** **Jackson, J. Recused** |
| 093P13 | James Craig Kelly v. Realty World Cape Fear | 1. Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-822) | 1. Denied |
| | | 2. Plt's *Pro Se* Motion for Leave to Respond to Response to PDR | 2. Denied |
| 094PA13-2 | State v. George Victor Stokes | 1. State's Motion for Temporary Stay (COA12-810-2) | 1. Allowed **06/24/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 098P13 | State v. Vernon Pete Gray, III | 1. State's Motion for Temporary Stay (COA12-153) | 1. Allowed **02/26/13** Dissolved the Stay **08/27/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |